UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ALMA ALVARADO,<br>*Individually and for others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ENVOLVE CLIENT SERVICES GROUP, LLC,<br><br>Defendant. | §§§§§§§§§§§§§ | EP-22-CV-00292-FM |

## FINAL JUDGMENT

On January 31, 2023, the court entered "Order Denying Defendant's Motion to Dismiss, Denying Plaintiff's Motion to Transfer, and Granting Plaintiff's Motion to Dismiss" [ECF No. 25] in which it unconditionally granted Plaintiff Alma Alvarado's motion to voluntarily dismiss the above-captioned cause.[1] Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITHOUT PREJUDICE**.

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this ___1st___ day of **February 2023**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Order Denying Defendant's Motion to Dismiss, Denying Plaintiff's Motion to Transfer, and Granting Plaintiff's Motion to Dismiss" 11-12, ECF No. 25, entered Jan. 31, 2023.